

3 Manhattanville Road
Purchase, NY 10577
Telephone (914) 941-5668
Facsimile   (914) 941-6091

Washington, D.C. ▪ New York ▪ Boston

October 9, 2025
**Via ECF**
Hon. Jennifer L. Rochon
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Request GRANTED. The initial pretrial conference and associated deadlines are hereby adjourned *sine die*. Plaintiff shall submit a status letter no later than **January 16, 2026**, regarding service on Defendant.

Dated: October 10, 2025
       New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:     *What Do You Meme, LLC v. Grupo Internacional VLLO,* 25-cv-6338-JLR

Dear Judge Rochon:

We represent the Plaintiff in the above-referenced matter.  We are writing to seek an adjournment of the October 30, 2025 Initial Conference and of the October 20, 2025 deadline to submit the Joint Letter, Case Management Plan and Proposed Scheduling Order.

The Defendant, Grupo Internacional VLLO, is located in Mexico.  We have been coordinating with our international process server, APS International, Ltd., to arrange for service on the Defendant in accordance with the Hague Convention.  This process required us to secure a court order appointing APS International, Ltd. as special process server, and then to secure certified copies of the Order and of the Summons and Complaint.

The certified copies have been requested from the Clerk's Office, and Plaintiff expects to deliver those to the process server shortly.  However, we have been advised that service of process in Mexico under the Hague Convention can take six months or longer to complete.

Given the expected time to complete service, Plaintiff respectfully requests an adjournment of the Initial Conference and pre-conference submission deadlines.  If this adjournment is acceptable to the Court, Plaintiff proposes that it provide the Court with a status update regarding the service on Defendant, by January 16, 2026.

Thank you for your consideration.

Respectfully submitted,
ROTHWELL FIGG

s/ Jeffrey A. Lindenbaum
Jeffrey A. Lindenbaum (JL-1971)
jlindenbaum@rothwellfigg.com
*Counsel for Plaintiff*